1  DANIEL J. BRODERICK, Bar #89424
Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
3  801 I Street, 3rd Floor
Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
ROBERTO GONZALEZ-CAMACHO

7

8

9

IN THE UNITED STATES DISTRICT COURT

10

FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13

UNITED STATES OF AMERICA,        ) No. 2:10-CR-367 FCD
14                                 )
                  Plaintiff,       ) **STIPULATION AND ORDER**
15                                 ) **CONTINUING STATUS CONFERENCE**
        v.                         ) **AND EXCLUDING TIME**
16                                 )
ROBERTO GONZALEZ-CAMACHO,          )
17                                 ) Date:  October 4, 2010
                  Defendant.       ) Time:  10:00 a.m.
18                                 ) Judge: Hon. Frank C. Damrell, Jr.
_____ )
19

20

21      IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States

22  of America, and defendant, ROBERTO GONZALEZ-CAMACHO, that the status

23  conference scheduled for October 4, 2010, may be continued to November 1,

24  2010, at 10:00 a.m.

25      The defendant has asked to be interviewed by Probation in connection

26  with his pre-plea report, which has yet to be written. Second, the

27  defense is investigating the circumstances of the offense.  Third, the

28  additional  time  is  needed  to  obtain  transcripts  of  past  court

1   proceedings. To afford time to complete these tasks, the parties agree

2   that time under the Speedy Trial Act should be excluded from the date of

3   this order through the status conference on November 1, 2010, pursuant to

4   18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

5                                          Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Defender

7

8   Dated:   September 30, 2010            /s/ T. Zindel
                                           TIMOTHY ZINDEL
9                                          Assistant Federal Defender
                                           Attorney for ROBERTO GONZALEZ-CAMACHO

10

11                                         BENJAMIN B. WAGNER
                                           United States Attorney

12

13  Dated:   September 30, 2010            /s/ T. Zindel for M. Beckwith
                                           MICHELE BECKWITH
14                                         Assistant U.S. Attorney

15

16                          **O R D E R**

17      The status conference is continued to November 1, 2010, at 10:00

18  a.m.  Time under the Speedy Trial Act is excluded through that date for

19  the reasons stated above and by agreement of the parties, the Court

20  finding that the ends of justice to be served by a continuance outweigh

21  the best interests of the defendant and the public in a speedy trial.

22      IT IS SO ORDERED.

23

24  Dated:   September 30, 2010

25                                         FRANK C. DAMRELL, JR.
                                           UNITED STATES DISTRICT JUDGE

26

27

28

Stip. & Order                              2