```
BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) NO. CR. S-10-367 FCD |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATION AND ORDER TO |
| | ) CONTINUE STATUS CONFERENCE |
| ROBERTO GONZALEZ-CAMACHO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED between the parties, Michele Beckwith, Assistant United States Attorney, Gilbert A. Roque, attorney for Roberto Gonzalez-Camacho, that the status conference of December 6, 2010 be vacated, and the matter be set for status conference on February 7, 2011 at 10:00 a.m.

Additional time is needed for the parties to negotiate a possible resolution of this matter.  The parties agree that a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

IT IS STIPULATED that the period from the signing of the proposed order, up to and including the February 7, 2011 status

conference, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation of counsel.

Dated:  December 2, 2010        Respectfully submitted,

                                BENJAMIN B. WAGNER
                                United States Attorney

                                /s/ Michele Beckwith
                            By: Michele Beckwith
                                Assistant U.S. Attorney

Dated: December 2, 2010

                                /s/ Gilbert A. Roque
                                GILBERT A. ROQUE
                                Attorney for Defendant

**ORDER**

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the status conference presently set for December 6, 2010, be continued to February 7, 2011, at 10:00 a.m.  Based on the representation of counsel and good cause appearing therefrom, the Court hereby finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time from the date of this Order, to and including, the February 7, 2011, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.

Dated: December 2, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE