GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ROBERTO GONZALEZ-CAMACHO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ROBERTO GONZALEZ-CAMACHO,<br><br>          Defendant. | 2:10-CR-367-KJM<br><br>AMENDED STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

    Defendant Roberto González-Camacho, through his appointed counsel, Gilbert A. Roque, and the United States of America, through Assistant United States Attorney Michele M. Beckwith, agree that the Status Conference set for February 7, 2011, at 10:00 a.m., be continued to March 3, 2011, at 10:00 a.m. in the courtroom of the Honorable Kimberly J. Mueller, to allow more time for further defense investigation and negotiation.

    In addition, it is agreed that the Court should find excludable time through March 3, 2011, pursuant to Local Rule T-4, for continued attorney preparation.

Respectfully submitted,

DATED: January 27, 2011    /s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
ROBERTO GONZALEZ-CAMACHO, Defendant

DATED: January 27, 2011    /s/ Michele M. Beckwith
MICHELE M. BECKWITH
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: January 28, 2011.

_____
UNITED STATES DISTRICT JUDGE